# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

IN RE:                                                          CASE NO. 18-12003
CALLIE B WHITE
Debtor                                                          CHAPTER 13

---

## TRUSTEE'S MOTION TO DISMISS

---

COMES NOW, Debra L. Miller, Trustee, and for her Motion to Dismiss, states:

1. This Bankruptcy was filed on October 17, 2018 with the Plan due on October 31, 2018.

2. Debtor has failed to file a Plan within 14 days of filing the Voluntary Petition per Rule 3015, and 11 U.S.C. §1321.

3. The failure to file the Plan constitutes material default and cause for dismissal under 11 U.S.C. §1307.

WHEREFORE, Trustee moves, for the reasons stated above, that this bankruptcy be dismissed pursuant to 11 U.S.C. §1321, 11 U.S.C. §1307, and any other applicable statutes.

Dated:        November 8, 2018

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served as follows on     November 8, 2018

By U.S. Mail postage prepaid:
Debtors: Callie B. White, 6026 Bohde Trail, Fort Wayne, IN 46835

By electronic mail via CM/ECF:
Debtors' Attorney: Jeffrey S. Arnold
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee